THE TRENTON BANKING COMPANY, Respondent, v. BANK OF MANHATTAN

* Appeal dismissed, 262 N. Y. 632.

Trust Company, Appellant.— Judgment and order affirmed, with costs. No opinion Present — McAvoy, Merrell, Martin and Sherman, JJ.